## CHAMPENOIS *ads.* WHITE.

*After a levy under a fi. fa. on the officer discovering that the property is subject to a previous execution to an amount sufficient to exhaust the property, he may return the fi. fa. nulla bona, and a ca. sa. subsequently issued will not be irregular.*

MOTION to set aside *ca. sa.* During the last May term, a *fi. fa.* was issued in this cause, by virtue of which a levy was made on sundry articles of personal property, to an amount nearly or quite sufficient to satisfy the execution. A few days afterwards, the deputy sheriff who had made the levy, was informed by the sheriff, that a *fi. fa.* in another cause against the defendant, had come to *his* hands previous to the receipt of the execution by the deputy, for an amount exceeding the value of the property; on receiving which information, the deputy returned the *fi. fa.* in this cause, *nulla bona,* and the *ca. sa.* which is now moved to be set aside, was issued, and the defendant arrested. It appeared that the property of the defendant was sold on the execution in the hands of the sheriff, and was exhausted by that sale.

*M. Mitchell*, for defendant.

*W. Nelson*, for plaintiff.

UTICA,
Aug. 1828.

Tobias
v.
Harland.

*By the Court*, SAVAGE, Ch. J. There was no irregularity in this case. The return of *nulla bona* was a true return; there were no goods to satisfy the execution issued in this cause. The motion is denied with costs.